UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L<small>AZARO DE</small> J<small>ESUS</small> F<small>ERNANDEZ</small>
G<small>ARCIA</small>, et al.,

    Plaintiffs,

v.

B<small>ARLEN</small> C<small>ONTRACTING</small>, I<small>NC</small>., et al.,

    Defendants.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:08-cv-57

## **ORDER**

**IT IS HEREBY ORDERED** that pursuant to the plaintiffs' Notice of Withdrawal of Plaintiffs' Motion to Proceed as a Collective Action, For Tolling of the Statute of Limitations, For Court-Authorized Notice, and For Disclosure of the Names and Addresses of the Potential Opt-In Plaintiffs filed on August 31, 2010 (Dkt. #79), the Plaintiffs' Motion to Proceed as a Collective Action, For Tolling of the Statute of Limitations, For Court-Authorized Notice, and For Disclosure of the Names and Addresses of the Potential Opt-In Plaintiffs (Dkt. #65) is **WITHDRAWN.**

Date: September 2, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge