UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAZARO DE JESUS FERNANDEZ
GARCIA and MIGUEL ANGEL
VALDEZ DIP,

       Plaintiffs,

       Case No. 1:08-cv-57

v.

       HONORABLE PAUL L. MALONEY

BARLEN CONTRACTING, INC.
and BART WINGBLAD,

       Defendants,
_____/

## **JUDGMENT**

    This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict on all issues in favor of plaintiffs and against the defendants.  Therefore,

    **IT IS ORDERED AND ADJUDGED** that a judgment is hereby entered in favor of plaintiff Lazaro de Jesus Fernandez Garcia and against defendants Barlen Contracting, Inc. and Bart Wingblad in the amount of $9,180.00 pursuant to the Verdict Form completed by the jury.  A judgment is also entered in favor of plaintiff Miguel Angel Valdez Dip and against defendants Barlen Contracting, Inc. and Bart Wingblad in the amount of $6,672.00 pursuant to the Verdict Form completed by the jury.

    **IT IS FURTHER ORDERED** that any post-judgment motions shall be filed within 21 days of the this Judgment

Date:  August 24, 2012                       /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    Chief United States District